UNITED STATES DISTRICT COURT
DISTRICT OF [redacted] RHODE ISLAND

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS IN A CIVIL RIGHTS ACTION

ATTACH THIS FORM TO YOUR COMPLAINT

CA 08 226 S

| | |
|---|---|
| ______________________ : | PRISONER |
| [Your name] BRISTOUT BOURGUIGNON<br>Plaintiff, : | NO: _____cv______( ) |
| : | [Leave blank for Clerk] |
| vs. : | |
| Warden T. Salisbury, captain :<br>D. Mougerot, captain Paul, :<br>Counselor Supervisor Ms. Lugo, programs<br>Director Ms. Jean Singleton, C.O Sam :<br>[People you are suing] C.O. Arellano<br>3 Jane Doe, 10 John Doe<br>Defendant(s) : | |

I, BRISTOUT BOURGUIGNON, [your name] state that, because of my poverty, I am unable to pay the filing fee for the above-captioned lawsuit at the time that I file my complaint. I therefore request permission to file my complaint without pre-payment of the filing fee and to proceed *in forma pauperis* (as a poor person).

I understand that I cannot file for free. I realize that even if the Court allows me to proceed *in forma pauperis* I will have to pay the full filing fee of **$350** through installments deducted from my inmate trust fund. I also understand that the Department of Correction Inmate Trust Fund will continue to deduct money from my inmate trust fund to pay the filing fee to the Court even if my

Case 1:08-cv-00226-S-JH Document 2 Filed 06/06/2008 Page 2 of 7

lawsuit is dismissed.

I also understand that I must support my claim of poverty by truthfully answering all of the following questions and by obtaining a signed certification of the balance on my inmate trust fund from the DOC Inmate Trust Fund or my prison counselor. I realize that I may be prosecuted for perjury if I lie on this application, and that perjury is punishable by imprisonment for up to five years and/or a fine of $250,000 (18 U.S.C. §§ 1621, 3571).

**WARNING: You MUST complete EVERY section or your application will be denied. Answer every question truthfully and accurately.**

1. Full Name: BRISTOUT BOURGUIGNON
2. Inmate Number: ______
3. Correctional Institution: Donald W. Det. facility
4. Are you currently employed? (Yes or No) NO
5. If you are currently employed, state your job title and the amount you get paid each month:

   Job: None

   Monthly wages: $ None

6. Within the past twelve (12) months, how much money have you received from the following sources? [If none, write "zero"]

   a. Employment: Type None $ None
   b. Rent someone paid you: $ None
   c. Interest on savings: $ None
   d. Dividends on investments: $ None
   e. Pension, annuity, or life insurance: $ None
   d. Gifts or inheritances: $ None
   e. Other sources: Type None $ 0

**TURN OVER**

Case 1:08-cv-00226-S-JH Document 2 Filed 06/06/2008 Page 3 of 7

7. How much money do you have in cash, or in checking or savings accounts, including your inmate trust account? [If none, write "zero"]

   $ .70 cents

8. What is the total value of property you own excluding ordinary household furnishings and clothing, but including automobiles, real estate, stocks, bonds, and notes? [If none, write "zero"]

   $ 0

9. How much money do you contribute **each month** to the support of family members or other individuals? Provide the name of each person you support and the relationship between you (e.g., husband, wife, domestic partner, child, or grandparent). [If you need more space, attach an additional page.]

   a. Name & Relationship: None $ 0
   b. Name & Relationship: None $ 0
   c. Name & Relationship: None $ 0

**DECLARATION UNDER PENALTY OF PERJURY**

**WARNING: You MUST sign this section or your application for IFP status will be denied**

I, Bistant Bourguignon, the applicant, declare under penalty of perjury that the information I have provided in this application is true and correct.

Signed: Bistant Bourguignon

Dated: May 30, 2008

**WARNING: You have not finished. You MUST complete the next section.**

**TURN OVER**

Case 1:08-cv-00226-S-JH Document 2 Filed 06/06/2008 Page 4 of 7

## PRISONER AUTHORIZATION

**WARNING: You MUST complete and sign this section and then show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section.**

**Your name:**
**Your inmate number:**
**DOC facility where you are detained:**

**Case Number** [leave blank for Clerk]:
**Filing Date** [leave blank for Clerk]:

I, BRISTOUT BOURGUIGNON, the applicant, understand that even if my request for In Forma Pauperis status is granted, Congress has said that I must pay the full filing fee of $350, which will be deducted in installments from my inmate trust fund. I further understand that the deductions from my inmate trust fund will continue until the full fee is paid, even if my case is dismissed before then.

I authorize the Department of Correction Inmate Trust Fund to: (1) certify on the next page of this application the current and average balance over the last six months for my inmate trust fund; (2) send the Court copies of my trust fund statement for the past six months; (3) obtain funds to cover the $350 filing fee by deducting installment payments from my inmate trust fund based on the average of deposits to or balance in my inmate trust fund, in accordance with 28 U.S.C. Section 1915; (4) send the $350 payment for the filing fee to the Court.

Signed: Bristout Bourguignon [Your signature]

Date: May 30, 2008 [Today's date]

**WARNING: You have not finished. You MUST show this page to the Inmate Trust Fund Department or your prison counselor so that they can sign the next section. Do NOT send this application to the Court without the signature of the Inmate Trust Fund Department or your prison counselor on the next page.**

# CERTIFICATION OF INMATE ACCOUNT BALANCE

**WARNING: You MUST show this application to the Inmate Trust Fund Department or your prison counselor so that they can read page 4 and sign this section.**

**Your name:** BRIStout Bourguignon
**Your inmate number:**
**DOC facility where you are detained:** Donald w. wyatt detention

I, D. Dugo, counselor / employee of the Connecticut Department of Correction Inmate Trust Fund, certify that the applicant named herein has the sum of $ .70 Cents on account.

I further certify that, according to the records of the institution, the applicant's average balance for the last six months was $ 325 and the average monthly deposits during the same period were $ 3 Times

A certified copy of the applicant's trust fund statement for the last six (6) months is attached.

Signed: D. Dugo
(Inmate Trust Fund Officer or Prison Counselor)

Name & Rank: Counselor Supervisor

Date: may 30, 2008

**CHECKLIST FOR IFP APPLICATION**

**NOTE:** **Before you send this application to the Court you MUST:**

- √ Sign the Declaration under Penalty of Perjury on p. 3
- √ Sign the Prisoner Authorization on p. 4
- √ Show the application to the Inmate Trust Fund Department or your prison counselor and have them sign p. 5
- √ Answer every question truthfully and accurately.

**When the Inmate Trust Fund Department or your counselor has signed page 5, attach this form to your complaint and send it to the Court on one of the addresses provided on the complaint form.**