UNITED STATE DISTRICT COURT
DISTRICT OF RHODE ISLAND

May 28, 2008

Dear clerk's office

MOTION FOR copies of Exhibits

The plaintiff Respectfully ask the clerk to make him 10 sets of his exhibits in this matter. the plaintiff asks the clerk's office To make those copies for the following Reason:

1. The plaintiff has .70 cents in his inmate account;

2. The plaintiff is suing wyatt detention and the staff that Run the legal Department told him that she's only making copies for Criminal matters

3. The plaintiff had no family to help him to make those copies.

4. The plaintiff ~~and~~ asks the clerk to make him 10 sets copies of his exhibits and attached each one of the to the pro-se prisoner civil Rights complaint and sent him a copies of al exhibits, and complaints.

5. Plaintiff states to the Court that the person that Run the legal Department told the plaintiff she not obligated to make him copies. she states that the plaintiff is suing them.

Where fore, the plaintiff Respectfully asks the court to make copies of those exhibits, 10 sets please. (see exhibit A)

Respectfully, submit

Exhibit A

**DONALD W. WYATT DETENTION FACILITY**

DETAINEE REQUEST FORM
DEMANDA DE DETENIDO

Name / El Nombre: Bristout Bourguignon

Date / La fecha: 5-28-08 Housing / Casa: G-70

**INSTRUCTIONS:** Please check the problem or request area. **Be specific** about what action you want. This is not a grievance form.
**LAS INSTRUCCIONES:** Por favor verifique el problema o área de la demanda. **Sea específico** sobre qué acción que usted quiere. Ésta no es una forma de agravio.

- ☐ Appeal of discipline / Apelacion de disciplina
- ☐ Classification appeal / La clasificacion de apelacion
- ☐ Waive 24 hour hearing / Renuncie tu sita de 24 hora
- ☐ Waive hearing appearance / Renucie tu sita de precencia
- ☐ Inmate housing unit worker / Unidad de trabajadores
- ☐ Inmate work force / Union de presos
- ☐ Programs, specify / Los Programas, especifio
- ☐ Property / La Propiedad
- ☐ Laundry / El Lavanderia
- ☐ Inmate accounts / Las cuentas del preso
- ☐ Staff hearing assistant / Assistencia displinaria
- ☐ Education / Educacion
- ☒ Other, specify / Otro, especifiqo: Civil Legal Copies to be made

Request / La demanda: Ms [illegible] in the person that's in charge of the legal department and she responsible to make all legal copies. Ms Watson came in front of my cell stated that is not allowed to make no civil matter copies. Ms Watson violate my due process and tried to have my legal document don't reach to the court.

Detainee signature/Detenido La firma: Bristout Bourguignon Date / La fecha

Staff receiving the request/Peronal que recibe la demanda Date / La fecha

Action taken / Accion tomada

Response / La contesta

Staff Signature/
La firma Date / La fecha

| | |
|---|---|
| Original | Completed form forwarded to appropriate file / El original - Completó forma remitida al archivo apropiado |
| Copy 1 | Completed form returned to inmate with action noted / Copie 1 - Completó forma devuelta al preso con acción notada |
| Copy 2 | Retained by inmate at time of request / Copie 1 - Completó forma devuelta al preso con acción notada |

P.S. Failed to make Legal copies and tried not to have my legal document to the court which is a violation under the prisoners Rights.