**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BRISTOUT BOURGUIGNON**

**v.** **C.A. No. 08-226 S**

**WARDEN WAYNE T. SALISBURY, et al.**

**ORDER**

*Pro se* plaintiff, Bristout Bourguignon, a detainee at the Donald W. Wyatt Detention Facility, filed the instant matter complaining of the conditions of his confinement. Presently before the Court is plaintiff's motion titled "Motion For Copies Of Exhibits" wherein plaintiff requests an order compelling the clerk of the Court to make copies of exhibits to his complaint (Docket # 3). It is the responsibility of the plaintiff, not the clerk of the Court, to make copies required for his lawsuit. Accordingly, plaintiff's motion is DENIED.

**IT IS SO ORDERED.**

Jacob Hagopian
Senior United States Magistrate Judge
June 10, 2008