CA08-226

UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

RECEIVED
JUN 17 2008
Property of U.S. District Court
District of Rhode Island

Friday 13, 2007

To The clerk's office

Would you please make 10 sets of copy of my statement of facts and exhibits and have Federal Marshall serve all the complaints and statement of facts and exhibits and send me a copy of civil Rights violation and statement of facts and exhibits and serve all Defendants in this case. Can you Tell me how much is going to cost me for the court to make copies for me because This Lawsuit is against wyatt Detention facility. The person that's in charge of Legal Department won't make copies for me. All I want the court to do is to make copies of all statement of facts and all the ~~defendants~~ plaintiff's exhibits in this case. The plaintiff that the court already have all the complaints against all defendants. What I need to court to Do is to attached all statement of facts and all exhibits to each complaints that the court have in their possession. Please let me know how much is going to cost me for copies of statements of facts and exhibits.

The plaintiff
Boustant Bangungun

P.S. Please I need the Court help!