US DISTRICT COURT
DISTRICT of Rhode ISLAND PROVIdence

June 26, 2008

civil Docket FOR CASE #: 1:08-CV-00226S-JH

The plantiff asks the court to ADD in his complaint the Real name for 3 Jane doe and 10 John Doe

Defendant Eight
a) Name of Defendant: Ms watson (female)
b) Rank OR Title : Legal SeRVices dept
c) Job Title : in charge of school and Legal Dept, at Donald W. Wyatt detention facility. 950 high street, central falls, 02863

Defendant Nine
a) Name : Bonnie white (female)
b) Rank OR Title: Medical administrator
c) Job Title : NURSE administrator at wyatt Detention facility 950 high street central falls, RI 02863

Defendant Ten
a) Name of defendant: C.O strom
b) Rank OR Title: correctional officer
c) Job title : officer
at Donald detention facility, 950 high street, central falls, RI 02863.

Defendant Eleven

a) Name : Soares

b) Rank/Title: Correctional officer

c) Job Title : officer at Donald Wyatt detention facility, at 950 high street central falls, RI 02863

Defendant Twelve

a) Name : Fuentes

b) Rank/Title: correctional officer

c) Job Title : officer at Donald W. Wyatt Detention facility at 950 high street central falls, RI 02863.

Defendant Thirteenth

a) Name : Timothy tapley

b) Rank/Title: associate warden

c) Job title : A.W at Donald Wyatt Dentention facility at 950 high street, central falls, RI 02863

Defendant ~~[illegible]~~ Fourteenth

a) Name : MC gann

b) Rank/Title: sergeant

c) Job Title : Sergeant at donald wyatt det. facility at 950 high st. central falls, RI 02863

Defendant Fifteenth

a) Name : Manngs .

b) Rank : ICE officer

c) Job title : ICE agent at 450 main street at Hartford, CT, 06106 suite Room 509

Defendant sixteenth

a). Name : Reilly et. al

b). Rank/TITle: I.C.E Supervisor

c). Job Title : I.C.E. Homeland security at 450 main street. Ribicoff Building at Hartford, CT. 06106, Room 509

Defendant. seventeenth

a) Name : Johnson (captain)

b) Rank/TiTle: captain administrator,

c) Job Title : work at Donald detention facility, 950 high street, central falls, RI 02863

Defendant eighteenth

a) Name : stimpson

b) Rank/TiTle: NURSE

c) Job TiTle : nurse at Donald wyatt detention facility, 950 high street, central falls, RI 02863,