United states District Court
District of Rhode Island
July 9, 2008

08-226S

To The clerk's office

I would like to let the court know that the education specialist in the legal department which is Ms watson who denied me to make copies of my amended complaint. Even the unit manager at my C block the councelor told me "we don't make copies. I have no way to make fourteen copies to served defendants. I am the hand of the defendants costady and they denied me the Right to make legal copies which violated my due process Rights. Request to inmate form attached.

The plaintiff
Bristant Bottygmyn

RECEIVED
JUL 16 2008
Property of U.S. District Court
District of Rhode Island

Ms. Watson

**DONALD W. WYATT DETENTION FACILITY**

**DETAINEE REQUEST FORM**
**DEMANDA DE DETENIDO**

[redacted] - [redacted] - [redacted]

Name / El Nombre: Bristout Bourguignon

Date / La fecha: 7-10-08 Housing / Casa: C-15

INSTRUCTIONS: Please check the problem or request area. **Be specific about what action you want. This is not a grievance form.**
LAS INSTRUCCIONES: Por favor verifique el problema o área de la demanda. **Sea específico sobre qué acción que usted quiere.** Ésta no es una forma de agravio.

- ☐ Appeal of discipline / Apelacion de disciplina
- ☐ Classification appeal / La clasificacion de apelacion
- ☐ Waive 24 hour hearing / Renuncie tu sita de 24 hora
- ☐ Waive hearing appearance / Rénucie tu sita de precencia
- ☐ Inmate housing unit worker / Unidad de trabajadores
- ☐ Inmate work force / Union de presos
- ☐ Programs, specify / Los Programas, especifio
- ☐ Property / La Propiedad
- ☐ Laundry / El Lavanderia
- ☐ Inmate accounts / Las cuentas del preso
- ☐ Staff hearing assistant / Assistencia displinaria
- ☐ Education / Educacion
- ☒ Other, specify / Otro, especifiqo: legal document case # 1:08-cv-00226-S-JH

Request / La demanda: Can you make me some legal copies in this case 19 pages in this case and I want you to make me 14 sets of the 19 pages legal document going through Rhode Island district Court.

Detainee signature/Detenido La firma: Bristout Bour[illegible] Date / La fecha: 7-10-08

Staff receiving the request/Peronal que recibe la demanda: R. Paul Date / La fecha: 7.10.8

Action taken / Accion tomada: Denied

Response / La contesta

Staff Signature/ La firma Date / La fecha

Original — Completed form forwarded to appropriate file / El original - Completó forma remitida al archivo apropiado
Copy 1 — Completed form returned to inmate with action noted / Copie 1 - Completó forma devuelta al preso con acción notada
Copy 2 — Retained by inmate at time of request / Copie 1 - Completó forma devuelta al preso con acción notada

PS you can charge my inmate account if I have more than $ 19.00 in the Book.

WYATT DETENTION FACILITY

Resident Account Summary

Wednesday, July 09, 2008 @14:42

For Agency #: A041055090 BOURGUIGNON, BRISTOUT

| Date | Transaction | Description | Amount | Balance | Owed | Held | Reference |
|---|---|---|---|---|---|---|---|
| 06/27/2008 | EPR | OID:100052861-ComisaryPur | -18.05 | 0.10 | 0.00 | 0.00 | |
| 06/20/2008 | EPR | OID:100052627-ComisaryPur | -19.18 | 18.15 | 0.00 | 0.00 | |
| 06/19/2008 | POSTAGE | MAIL LETTER | -0.84 | 37.33 | 0.00 | 0.00 | |
| 06/13/2008 | EPR | OID:100052147-ComisaryPur | -33.80 | 38.17 | 0.00 | 0.00 | |
| 06/05/2008 | POSTAGE | MAIL LG ENVELOPE | -4.80 | 71.97 | 0.00 | 0.00 | |
| 05/30/2008 | EPR | OID:100051378-ComisaryPur | -14.40 | 76.77 | 0.00 | 0.00 | |
| 05/23/2008 | EPR | OID:100050671-ComisaryPur | -12.24 | 91.17 | 0.00 | 0.00 | |
| 05/22/2008 | OFFLINE COM | VOID-SMUDGING REFILL KITS | 14.38 | 103.41 | 0.00 | 0.00 | |
| 05/16/2008 | EPR | OID:100050319-ComisaryPur | -9.64 | 89.03 | 0.00 | 0.00 | |
| 05/15/2008 | POSTAGE | MAIL CERTIFIED LETTER | -5.32 | 98.67 | 0.00 | 0.00 | |
| 05/15/2008 | OFFLINE COM | SMUDGING REFILL KITS | -14.38 | 103.99 | 0.00 | 0.00 | |
| 05/09/2008 | EPR | OID:100050171-ComisaryPur | -16.46 | 118.37 | 0.00 | 0.00 | |
| 05/06/2008 | JPAY DEP | JPay Deposit from Lorrain | 50.00 | 134.83 | 0.00 | 0.00 | |
| 05/05/2008 | POSTAGE | FAIRFIELD CO STATE MARSHA | -1.99 | 84.83 | 0.00 | 0.00 | |
| 05/02/2008 | EPR | OID:100049496-ComisaryPur | -12.65 | 86.82 | 0.00 | 0.00 | |
| 04/28/2008 | POSTAGE | MAIL (4) LETTERS | -1.23 | 99.47 | 0.00 | 0.00 | |
| 04/26/2008 | JPAY DEP | JPay Deposit from Suzette | 100.00 | 100.70 | 0.00 | 0.00 | |
| 03/28/2008 | EPR | OID:100047649-ComisaryPur | -1.80 | 0.70 | 0.00 | 0.00 | |
| 03/14/2008 | EPR | OID:100046830-ComisaryPur | -33.60 | 2.50 | 0.00 | 0.00 | |
| 03/13/2008 | COPY CHARGE | REQUESTED COPIES | -2.00 | 36.10 | 0.00 | 0.00 | |
| 03/06/2008 | POSTAGE | MAIL 1 LG ENVELOPE 2 LET | -1.57 | 38.10 | 0.00 | 0.00 | |
| 03/06/2008 | OFFLINE COM | SMUDGING REFILL KITS | -14.38 | 39.67 | 0.00 | 0.00 | |
| 03/05/2008 | COPY CHARGE | REQUESTED COPIES | -2.50 | 54.05 | 0.00 | 0.00 | |
| 03/05/2008 | POSTAGE | MAIL (2) LG ENVELOPES | -6.25 | 56.55 | 0.00 | 0.00 | |
| 02/29/2008 | EPR | OID:100045923-ComisaryPur | -22.38 | 62.80 | 0.00 | 0.00 | |
| 02/27/2008 | POSTAGE | MAIL ENVELOPE | -0.51 | 85.18 | 0.00 | 0.00 | |
| 02/22/2008 | EPR | OID:100045103-ComisaryPur | -9.66 | 85.69 | 0.00 | 0.00 | |
| 02/21/2008 | POSTAGE | MAIL 3 ENVELOPES | -1.91 | 95.35 | 0.00 | 0.00 | |
| 02/20/2008 | POSTAGE | MAIL LETTER | -0.41 | 97.26 | 0.00 | 0.00 | |
| 02/15/2008 | EPR | OID:100044900-ComisaryPur | -21.81 | 97.67 | 0.00 | 0.00 | |
| 02/13/2008 | COPY CHARGE | REQUESTED COPIES | -2.50 | 119.48 | 0.00 | 0.00 | |
| 02/12/2008 | INMATE PAYR | RUNNER/POD B (NO LONGER A | 0.00 | 121.98 | 0.00 | 0.00 | |
| 02/08/2008 | EPR | OID:100044316-ComisaryPur | -11.30 | 121.98 | 0.00 | 0.00 | |
| 02/04/2008 | EPR | OID:100043920-ComisaryPur | -16.54 | 133.28 | 0.00 | 0.00 | |
| 01/31/2008 | INMATE PAYR | RUNNER/POD B | 2.10 | 149.82 | 0.00 | 0.00 | |
| 01/28/2008 | OFFLINE COM | EAGLE FEATHER | -0.99 | 147.72 | 0.00 | 0.00 | |
| 01/28/2008 | OFFLINE COM | ABALONE SHELL | -8.45 | 148.71 | 0.00 | 0.00 | |
| 01/24/2008 | ERF | OID:100042997-ComisaryRef | 5.03 | 157.16 | 0.00 | 0.00 | |
| 01/24/2008 | INMATE PAYR | RUNNER/POD B (NEW) | 2.10 | 152.13 | 0.00 | 0.00 | |
| 01/18/2008 | EPR | OID:100042997-ComisaryPur | -29.97 | 150.03 | 0.00 | 0.00 | |
| 01/14/2008 | COPY CHARGE | REQUESTED COPIES | -1.20 | 180.00 | 0.00 | 0.00 | |
| 01/11/2008 | EPR | OID:100042573-ComisaryPur | -35.10 | 181.20 | 0.00 | 0.00 | |
| 01/04/2008 | EPR | OID:100042183-ComisaryPur | -16.43 | 216.30 | 0.00 | 0.00 | |
| 12/31/2007 | POSTAGE | MAIL 2 LARGE ENVELOPES | -3.67 | 232.73 | 0.00 | 0.00 | |
| 12/28/2007 | EPR | OID:100042025-ComisaryPur | -32.56 | 236.40 | 0.00 | 0.00 | |
| 12/17/2007 | EPR | OID:100040956-ComisaryPur | -39.36 | 268.96 | 0.00 | 0.00 | |
| 12/07/2007 | EPR | OID:100040520-ComisaryPur | -14.23 | 308.32 | 0.00 | 0.00 | |
| 12/06/2007 | ERF | OID:100040378-ComisaryRef | 3.21 | 322.55 | 0.00 | 0.00 | |
| 12/04/2007 | CHRISTMAS P | XMAS PICTURES | -2.00 | 319.34 | 0.00 | 0.00 | |
| 12/04/2007 | JPAY DEP | JPay Deposit from Bernita | 100.00 | 321.34 | 0.00 | 0.00 | |
| 11/30/2007 | EPR | OID:100040378-ComisaryPur | -16.95 | 221.34 | 0.00 | 0.00 | |
| 11/28/2007 | COPY CHARGE | REQUESTED COPIES | -0.40 | 238.29 | 0.00 | 0.00 | |
| 11/26/2007 | EPR | OID:100039851-ComisaryPur | -38.49 | 238.69 | 0.00 | 0.00 | |
| 11/20/2007 | COPY CHARGE | MAKE REQUESTED COPIES | -1.80 | 277.18 | 0.00 | 0.00 | |
| 11/15/2007 | ERF | OID:100039131-ComisaryRef | 1.60 | 278.98 | 0.00 | 0.00 | |
| 11/09/2007 | EPR | OID:100039131-ComisaryPur | -14.46 | 277.38 | 0.00 | 0.00 | |
| 11/07/2007 | COPY CHARGE | MAKE REQUESTED COPIES | -9.50 | 291.84 | 0.00 | 0.00 | |
| 11/05/2007 | JPAY DEP | JPay Deposit from Gertha | 50.00 | 301.34 | 0.00 | 0.00 | |
| 11/02/2007 | EPR | OID:100038582-ComisaryPur | -19.65 | 251.34 | 0.00 | 0.00 | |
| 11/01/2007 | COPY CHARGE | MAKE REQUESTED COPIES | -1.60 | 270.99 | 0.00 | 0.00 | |
| 10/26/2007 | EPR | OID:100038468-ComisaryPur | -49.46 | 272.59 | 0.00 | 0.00 | |
| 10/26/2007 | JPAY DEP | JPay Deposit from Suzette | 50.00 | 322.05 | 0.00 | 0.00 | |
| 10/25/2007 | ERF | OID:100037768-ComisaryRef | 2.55 | 272.05 | 0.00 | 0.00 | |