UNITED STATES DISTRICT COURT
DISTRICT OF RHODE ISLAND

Bristout Bourguignon : Prisoner Case #
Vs : 1:08-cv-00226-S-JH
:
Wayne T. Salibury et al : July 9, 2008

## Motion To Amend Complaint

The plaintiff Respectfully ask the court to add those New defendants in this case. The plaintiff add those defendants in the Original Complaint but the plaintiff couldn't add those defendants because the plaintiff didn't know those defendants Real Name at the time when he filed the original complaint.

Where fore the plaintiff Resquest the court to add all new defendants names in this case with all Respects.

The plaintiff
Bristout Bourguignon
BRISTOUT BOURGUIGNON

UNITED STATES DISTRICT COURT FOR THE DISTRICT OF [redacted] Rhode Island

PRO SE PRISONER CIVIL RIGHTS COMPLAINT

Amended Complaint

WARNING: **You cannot use this form to ask the Court to release you from prison, to shorten your sentence, or to give you back good time credits that were taken away.** If that is what you want, you must use the forms for a writ of habeas corpus.

CASE NO. 1:08-CV-00226-S-JH

PLAINTIFF(S) [Write the name(s) of the person(s) complaining]

BRISTOUT BOURGUIGNON

vs.

DEFENDANT(S) [Write the name(s) of the person(s) you are suing. If you do not know a name, write "John Doe" or "Jane Doe." Include the defendant's rank or title and place of employment if you know it.]

Warden Wayne T. Salisbury, et al
Captain D. Mougenot, captain [redacted] paul,
Counselor Supervisor Ms Lugo, Program director
Ms Jean Singleton, C.O. SAM, C.O. J. Arellano,
Ms Watson, Bonnie White

**Complete every section and SIGN THE LAST PAGE.** The Court cannot give you legal advice, so if you need help, you should call Inmate Legal Assistance at 1-800-301-ILAP (4527). It is a good idea to ask ILAP to review your complaint before you send it to the Court, to make sure that your allegations describe the kind of claim that you can make in federal court and minimize the risk that your case will be dismissed for failure to state a good legal claim.

**A. JURISDICTION**

Because federal courts cannot hear every kind of claim, you must identify the law that says this court can hear your claim. There are two possibilities. Check **one**.

I can bring my complaint in federal court because I am suing:

1. __________ State, county or city employees for violating my federal rights under 42 U.S.C. Sec. 1983/1985/1986; OR

2. ___√___ Federal employees for violating my federal rights under *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. Sec. 1331.

**B. PLAINTIFF(S)** (THE PERSON(S) FILING THIS COMPLAINT)

If there are more than two plaintiffs, attach additional pages. Provide items a, b, and c for each additional plaintiff.

1. First Plaintiff

   a. Full Name: Bristout Bourguignon

   b. Inmate Number: 2010853

   c. Correctional facility: Donald W. Wyatt detention fality 950 high st., central falls, RI 02863

2. Second Plaintiff

   a. Full Name:

   b. Inmate Number:

   c. Correctional facility:

**C. DEFENDANT(S)** (THE PERSON(S) WHOSE ACTIONS YOU ARE COMPLAINING ABOUT)

If you are suing more than six people, attach additional pages. **Provide items 1, 2, and 3 for each additional defendant.**

1. First Defendant
   - a. Full Name: Strom
   - b. Rank or Title: Correctional officer
   - c. Workplace: Donald wyatt detention facility 950 high st. central falls, 02863
2. Second Defendant
   - a. Full Name: Soares
   - b. Rank or Title: Correctional officer
   - c. Workplace: Donald wyatt detention facility 950 high st. central falls, RI 02863
3. Third Defendant
   - a. Full Name: Fuentes
   - b. Rank or Title: Correctional officer
   - c. Workplace: Donald wyatt detention facility 950 high st. Central falls, RI 02863
4. Fourth Defendant
   - a. Full Name: timothy tapley
   - b. Rank or Title: associate warden
   - c. Workplace: Donald w. detention facility
5. Fifth Defendant
   - a. Full Name: Mc gann
   - b. Rank or Title: Sergeant
   - c. Workplace: Donald wyatt detention facility
6. Sixth Defendant
   - a. Full Name: Manngs et al.
   - b. Rank or Title: Immigration Agent
   - c. Workplace: 450 main street, Ribcoff Building at Harford, CT, 06106, Room 509

7 defendant
a. Full name: Reilly et. al
b. Rank or Title: Immigration Correctional enforcement
c. Work place: 450 main street Ribicoff Building at Hartford, CT 06106, Room 509

8 Defendant
a. Full name: Ms. Johnson
b. Rank or Title: Captain administrator
c. Work place: 950 high st. central falls, RI 02863

9. Defendant
a. Name: Ms Stimpson
b. Rank/Title: Nurse
c. Job workplace: Donald wyatt detention facility. 950 high st, central falls, RI 02863

10 Defendant
a. Name: Bonnie white
b. Rank/Title: Medical administrator
c. Work place: Donald wyatt detention facility. 950 high street, central falls, RI 02863

11 Defendant
a. Name: Ms Watson
b. Rank/Title: Teacher / Legal department
c. Work place: Donald wyatt detention facility. 950 high st, central falls, RI 02863

12 Defendant
a. Name: Micheal P. Larossi
b. Rank/Title: Unit inspector
c. Work place: Donald wyatt detention facility at wyatt 950 high st. central falls, RI 02863

**D. PREVIOUS LAWSUITS**

Tell the Court if any plaintiff has filed other state or federal lawsuits involving these defendants or events. If you need more space, attach additional pages. **Provide items 1-8 for each case.**

1. First Lawsuit

a. Court and Date filed: None

b. Caption and Docket No.: None

c. Briefly, what was this lawsuit about? None

d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? None

2. Second Lawsuit

a. Court and Date filed: None

b. Caption and Docket No.: None

c. Briefly, what was this lawsuit about? None

d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? None

3. Third Lawsuit

a. Court and Date filed: None

b. Caption and Docket No.: None

c. Briefly, what was this lawsuit about? None

d. Did you win or lose? If you lost, did you appeal? If you appealed, what did the appeals court say? None

**E. REASON FOR COMPLAINT**

WARNING: Common mistakes can get your case **dismissed as frivolous or for failure to state a good legal claim.** If this happens, you will still have to pay the filing fee, even if you are proceeding *in forma pauperis*. To avoid losing your filing fee, please read this information carefully and consult Inmate Legal Assistance at 1-800-301-ILAP (4527) before you file.

1. Failure to use the prison grievance process before suing. You can generally only sue for events that you have already complained about through the prison grievance process. If you have not followed all the steps in the grievance process before you come to court, the defendants may be able to get your case dismissed for "failure to exhaust administrative remedies." If your case is dismissed, you will lose your filing fee.

2. Complaining about incidents that happened a long time ago: You can generally only sue for events that happened within the last three years. If you are suing over events that happened earlier than that, the defendants may be able to get your case dismissed under the statute of limitations. If your case is dismissed, you will lose your filing fee.

3. Suing people who were not personally involved: You can generally only sue defendants who were directly involved in harming you. In order to sue a supervisor, you must usually show that the supervisor both knew about the actions of other defendants and failed to stop them. Just being a supervisor usually is not enough.

4. Suing defendants who have immunity to suit for money damages: You generally cannot sue the following people and entities for money damages: the State of Connecticut; agencies of the state (like the Department of Correction); the United States government; the President of the United States (for actions taken while President); judges (for actions taken in connection with judicial duties); parole board officers (for actions taken in imposing parole conditions or revoking parole); prosecutors (for actions taken in performing duties integral to the criminal judicial process). If you think you have a claim for money damages against such people or entities, check with Inmate Legal Assistance first, or your case may be dismissed on the basis of immunity and you will lose your filing fee.

5. Complaining about a criminal conviction or prison disciplinary

proceeding that resulted in loss of good time credits or other change to your time in prison. If winning your claims "would necessarily imply the invalidity" of a criminal conviction or prison disciplinary punishment affecting the time served, then you cannot make these claims under Section 1983 unless you have already had the conviction or prison disciplinary proceeding invalidated, for example through a habeas proceeding. *See Heck v. Humphrey*, 512 U.S. 477, 487 (1994).

Please note that this is not a complete list of the problems you might encounter with your case. **The Court cannot give you legal advice and will not appoint a lawyer for you until it is clear that you have a good legal claim.** Until then, your best strategy is to call the Inmate Legal Assistance Program at 1-800-381-ILAP before you file a complaint. **If Inmate Legal Assistance says you do not have a good case, you should consider that advice very seriously.**

You do not need to cite to the Constitution, any statutes, or any cases. However, it is important to **be specific about dates, times, and the names of the people involved.** It is helpful to put each important fact in a separate, numbered paragraph.

If you do not know the name of the person who harmed you, call that person Defendant Doe and provide some information from which it will be possible to identify the person - for example, gender, rank and shift. If there is more than one defendant whose name you do not know, call them Defendant Doe1, Defendant Doe2, and so on.

**Here is an example of the proper way to describe your claims:**

Example of Statement of Case

1. On April 1, 2007, I fell and injured my foot during a basketball game with other prisoners.
2. After the game, I asked Defendant CO Brian Smith to let me see the nurse. Defendant CO Brian Smith told me that I could not see the nurse because it was not an emergency.
3. During the afternoon, my foot became swollen and very painful.
4. At about 5 p.m., in the presence of my cellmate Bill Bloggs, I told Defendant Lieutenant Jane Doe, who was the shift supervisor, that I needed a doctor and showed him my swollen foot.
5. Defendant Lieutenant Jane Doe brought me two Tylenol and told me that I could not see the nurse until sick call the next morning.
6. The next day, I could not get out of bed because my foot was so swollen and painful. I had to go to hospital and have an operation to fix my foot.
7. I had to take pain medication for two months after the operation and have needed a walking stick for support since that time.

**Now describe your claims.**

Statement of Case is on Record please see

1. the plaintiff statement of facts and exhibits 1 through 32

2. in this case # 1:08-cv-00226-S-JH attached.

3.

4.

5.

6.

7.

8.

9.

10.

If you need more space, attach additional pages, but be as brief as possible.

Now describe your claims:

Statement of Case

ON 7-2-07, I got discharge at Northern facility and

1. Homeland enforcement security/ICE have couple Northern officer to drop me off at Hartfort ICE office without my property and staff at Northern C.I did not provided me my insulin shot.

2. On the same day I got process by ICE officer Manny, as soon I got there I told him that Northern Facility did not gave me my insulin shot and I explained to the officer that I was a diabetic and I need my insulin shot officer Manny told me that I have no rights in here and who care if you are a diabetic, Later on I pass out due to officer Manny

3. negligent and I went to Hartford hospital where I did not know what happen to me for 6 hours. Before I pass out due to lack of insulin I also told officer about my personal property that Northern failed to provided after been discharge to ICE office.

4. on 7-4-07, I wrote a grievance concerning my Religion which the grievance coordinator Mrs. Lugo did not Respond to my grievance as exhibit 1.

5. on 7-21-07, Captain Paul Request me to move from B unit 5 to cell 29, when I got there the inmate that was living there told me that He doesn't leave with Allen, Marshal inmate cannot mix with immigration Inmate. Officer Sam told the captain paul, I Refuse to move. Captain paul order C.O. Soares, C.O. Strom and C.O. fuentes who came

6. to the unit physically grab me and drag me to the floor from B block to the AR Room when I got to the A.P. Room I

7. was handcuff and shakles for 3 hours and C.O. Strom lock those shakels Real tight to my ankle and my ankle was swollen and Refused to provided me medical intention after that

8. C.O. fuentes, C.O. Strom, C.O. Soares physically drag me in B-block in front of 70 inmates while handcuff and shakles, they bent my harm behind my back and physically drag me from the bottom tier to the second floor tier & Administration had segregation and Regular population leaving in the same block. See inmate grievance as exh. 2

9. As a Result of them assaulted me Sgt Allard gave me a bogus ticket stated that I threaten any person with physical harm or bodily harm. I did not threat any inmate or any body else. They can not pin point who I threaten. See exhibit 3

10. On August 3, 2007, Appeal Diciplinary Report # 07-374. The warden disregard my grievance about his staff misconduct See Memorandum dated august 3, 2007, as exhibit 4

If you need more space, attach additional pages, but be as brief as possible.

11. Associate warden Timothy Etapley, acting warden denied my grievance as well about his staff misconduct. (See Memorandum by Acting warden as exhibit 5).

CLAIMS Cont

Nwo describe your claims continue:

12. I wrote Ms Jean singleton the Program director concerning my medicine bag and turkey feather from RFD. I Received no Respond from her see Detainee Request form as exhibit 6

13. On [illegible] 11-1-2007, I signed MEMORANDUM of understanding and use agreement for individual smudging as exhibit 7.

14. On 11-9-07, I wrote warden salisbury Jr. about his staff have been denied me to smudge. as exh. 8.

15. On november 20, 2007, warden denied my appeal smudging because he had breach of contract per agreement see warden salisbury denied my appeal smudging as exhibit 9.

16. On november 21, 07, I wrote the warden a detainee Request stated that I have been denied to smudge by his staff because they are not complied with me smudging 7 days a week per contract agreement. see exhibit 10.

17. On november 27, 2007, warden Salisbury staff Refused to smudge me on a daily day basic. see warden salisbury MeMoRandum dated november 27, 2007, as exhibit 11.

18. I wrote a grievance coordinator Ms Lugo Counselor Supervisor on 12-3-07, concerning about officer SAM who deliberately and intentionally took my feather which was a turkey feather and destroyed it. I brought this matter to the counselor supervisor which she disregard my grievance and failed to Respond see detainee grievance form attach as exhibit 12.

19. On 11-9-2007, I wrote a detainee grievance concerning Sergeant McGann who stated to me he doesn't hired

fake as indian worshipper and hired three others that I was first on list to get the pod worker Job. I got no Respond from the grievance coordinator concerning this matter. see grievance dated 12-9-07, as exhibit 13

20. I wrote medical about to see a dentist specialist which I got denied by the nurse administrator Bonnie. see Health Request dated 12-9-07, as exhibit 14

21. On 12-5-07, officer Santos gave detainee Renaldi Kirk a disciplinary D.R. for not followed his order. officer Santos tried to used detainee Renaldi as a slave because Renaldi was not on the working list and he did not work for wyatt as a pod worker. see Renaldi D.R. for Refusing a direct order as an exhibit 15.

22. On December 5 2007, I wrote the warden at wyatt for denied me to practice my freedom of Religion. see inmate complaint dated 11-5-2007, as exhibit 16

23. I wrote the program director Ms Singleton concerning order me a pound of sage which cost $9.15 per facility. Ms Jean Singleton did not Respond to my Request. see detainee Request as exhibit 17.

24. On 12-06-07, I wrote Ms. Bonnie and Homeland Security / I.C.E based on the facts that I was under I.C.E. and house at Wyatt.

I told them that I need some inplant to be done on my teeth becouse I am a diabetic, and lost my middle teeth and I can't chew my food, Both Wyatt and I.C.E did not Respond to my detainee Request form. See detainee Request form as exh. 18.

25. I wrote the Homeland Security and I.C.E Regarding one the ICE officer name Manny State, that that "I am a fucking alien and immigrant you are going to get deported to Haiti. I'm not going to call or go to get your property from Northern because when I got drop by two officer from Northern C.I they did brought my property with me. officer Manny told me to get the fuck out of my face. See witness statement from a detainee Request form dated 1-18-08, as exhibit 19.

26. On January 15, 2008, Warden T. Salisbury, JR., Warden Respond to my complaint and, I Request for video tapes and Record concerning the excessive force used against me. Warden Wayne T. Salisbury denied me against the officer that stole and destroy my Religious Items and stated that he doesn't have to provide me the Freedom of Information Request. He said that his facility is not a goverment facility. therefore the freedom of information Act does not Apply. as exhibit 20.

27. On January 13, 2008, I wrote the warden T. Salisbury a second Detainee second complaint about practice my Religion peacefully, See detainee

Second complaint attached as exh. 21.

28 On January 10, 2008 Warden T. Salisbury, JR; Respond to my complaint concerning smudging. See the Morandum attached as exhibit 22.

29. I filed a grievance on a detainee Request form to Ms Jean Singleton that I explained concerning this facility intentionally conspire to have Sam stole my Religion Items on December 31, 2007. please inmate complaint and grievance attached as exhibit 23.

30 On 2-10-08, I wrote a Detainee grievance forms stated that Sargent Mcgann Retaliate against me because I wrote him up for his Racist comment. I did not get no Respond from the grievance coordinator Ms lugo did not Respond to it. See grievance attached as exhibit 24.

31. On 2-18-08, I wrote a grievance against an officer J. ARRellano who I witness Reading my legal Mail and my police Report and other Legal document through a cell which is forbidden for an officer to read a detainee legal Mail or legal document. I did not get no Respond from the grievance coordinator but I did got interviewed by Micheal R. Larossi who did not look into the matter. See grievance attached as exhibit 25.

32. On 2-20-08, I wrote Ms Jean Singleton that she over charge for a scallop shell that cost .56 cent instead she charge me for the Abolone shell instead; see Resquest attach as exh. 26

33. On February 22, 2008 and March 10, 2008, staff at wyatt used me as a slave by give me a direct order to paint the entire inside of prison at wyatt without paid. like the same thing they did to Kirk Ranaldi on paragraph 21 exhibit 15. Please see witness statements from inmates; Acevedo Hector, Richardo Bembow, Chriswell, Kharee, Patrick Mccarthy. On March 21, 2008, I wrote an inmate petition against slavery which I didnt get NO Respond from the warden Wayne T. Salisbury JR. see all statements from those inmates on my inmate petition against slavery as exhibit 27.

34. I wrote the warden on 4-7-08, Regarding him provided me a tents, tabacco pipe, head dress and I wrote him on 4-17-08 Concerning the Items that I asked him to provided me and I wrote a detainee Request to him Asking him to provide me an american elder to teach me like every Religion at wyatt as a Pastor, Priest, IMMAN what not provided me and elder to teach me the proper way of American Native. See

Request dated 4-17-08 and 4-7-08 and Detainee Request to the warden dated April 17, 2008 as exhibit 28.

36. I submitted a Detainee Request & Reply form to Attorney united states general Michael Mukasey and Homeland / ICE Concerning my health as a diabetic and eyes problem and foot problem and teeth problem. I Receive No Respond which wyatt, Homeland enforcement security / I.C.E denied me medical treatment. see Detainee Request and Reply form attached as exhibit 29

37. I went to court on 5-6-08, in Bridgeport Federal Court, while I finished see my attorney I had shackle on my feet. while standing up after finish consult my attorney, My feet caught on some type of Pole and I failed Really hard on my Right side. I was escorted by I.C.E officer. I think they Report my injury to wyatt medical to be seen. when I got to medical Ms Stimpson gave me my insulin shot and failed to evaluate my injury. she told me to all ass is nothing wrong with me. see Associate warden Tapley attached as exhibit 30.

38. I wrote a grievance against captain mougent who denied me to smude by deliberately empty the torchlighter and put a hole on the scallop shell and the scallop fell by accident and captain mougenot wrote me a D.R. and put me to seg so I can't practice my Religion. see both grievance and D.R. attached as exhibit 31.

39. on 5-6-08, I went to federal court, As I was finished talking to my Lawyer. While I was leaving the booth. my legs was shakle up and caught up I fell so hard in front of my Lawyer. My Legs was Caught up between a stool pole. The I.CE officers that escort down there. It takes 3 of them to Lift me up from the ground. Associate warden stated that "medical Received a telephone call from court stating you had fallen. And I was seen by the nurse upon my Return. upon my arrival to Wyatt I was escorted by an officer and that was working did not evaluate injury. She just stated that write a sick call that I was fine, I am diabetics at the time I got to the nurse Room. She just gave me my insulin shot and told to All ass'. See Associate warden Tapley letter dated May 3, 2008, which the incident even occured as exhibit 30.

39. on 2-19, 2009 warden T. Salsbury tried to mock me and vex and disrespect my Religion by sending me a memorandum dated February 19, 2009. Please letter attached as exhibit 32.

The Plaintiff
[signature]
May 30, 2008

**F. REQUEST FOR RELIEF**

Tell the court what kind of relief you want. **Remember:** (1) You can only get money damages for mental or emotional injury if you were also physically injured; (2) Money damages may be reduced to pay restitution to victims of your crime and fees for a court-appointed attorney, if you had one; (3) You cannot use a Section 1983 or *Bivens* action to request release from custody, a reduction in your sentence, or a restoration of good time credits. For any of these, you must pursue a Writ of Habeas Corpus.

negligence, violation of first amendment, violation of fourth amend, excessive force, slavery in violation of the Thirteenth amend, discrimination, denied medical treatment under the eight amend and fourteenth amend to the U.S constitutional law, deliberate indifference and violation of due process.

**G. DECLARATION UNDER PENALTY OF PERJURY**

Warning: **You must sign this** or your complaint will not be filed.

By signing this complaint, I certify under penalty of perjury that the information contained in this complaint is true and accurate to the best of my knowledge. I understand that if I lie in this complaint, I may be prosecuted for perjury, and punished with as much as five (5) years in prison and/or a fine of $250,000. See 18 U.S.C. Sections 1621, 3571.

[signature] on 8-9-08

Signed at Donald Wyatt detention facility (Location) on 8-9-08 (Date)

If there are additional plaintiffs, attach another page with the name and signature of each plaintiff on it. **The complaint cannot be filed without a signature from each plaintiff.**

## H. FINAL INSTRUCTIONS

WARNING: **Your complaint will not be filed** unless you complete each of these steps:

1. Sign the Declaration under Penalty of Perjury on p. 8

2. Enclose a check for $350 (payable to "Clerk, United States District Court") **OR** a completed Application to Proceed In Forma Pauperis

3. Enclose one copy of the complaint for the Clerk's Office, one copy for each defendant, and one copy for the judge. For example, if you name *three* defendants, you must enclose *five* copies of the complaint.

4. Send all the copies of the complaint plus either your application for IFP status or your check for $350 (payable to "Clerk, United States District Court") to one of the addresses below:

clerk's office, united states district court of Rhode Island

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 915 LAFAYETTE BOULEVARD, BRIDGEPORT, CT 06604.

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 450 MAIN ST, HARTFORD, CT 06103

- CLERK'S OFFICE, UNITED STATES DISTRICT COURT, 141 CHURCH ST, NEW HAVEN, CT 06510

Remember, the Clerk cannot file your complaint unless you take all of the steps above.