**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF RHODE ISLAND**

**BRISTOUT BOURGUIGNON**

**v.** **C.A. NO. 08-226 S**

**WARDEN WAYNE T. SALISBURY, et al.**

**MEMORANDUM AND ORDER**

Jacob Hagopian, Senior United States Magistrate Judge

Plaintiff Bristout Bourguignon, *pro se,* a detainee at the Donald W. Wyatt Detention Facility ("Wyatt") in Fall River, Rhode Island filed a complaint on June 6, 2008 challenging the conditions of his confinement. On June 10, 2008, the Court granted plaintiff's motion to proceed *in forma pauperis* (Docket # 5, as amended by Docket # 7). Presently before the court are various motions filed by plaintiff: (i) two motions to amend the complaint (Dockets # 8 & 10); (ii) two motions for a court order directing the Clerk of the Court to make copies of the complaint and amended complaint, respectively (Dockets # 6 & 9); and (iii) a motion for a court order directing a United States Marshal to effect service on the defendants (Docket # 6).

## I. Motions to Amend the Complaint

In his original complaint, plaintiff listed seven defendants by name and designates others as Jane or John Does. Thereafter, plaintiff filed two motions to amend the complaint pursuant to Rule 15(a) of the Federal Rules of Civil Procedure (the "Federal Rules"). In both motions, plaintiff seeks only to replace the Jane and John Doe defendants with twelve actual names.

Pursuant to Federal Rule 15(a), a plaintiff may amend his complaint once as a matter of course before a responsive pleading is served, and thereafter with leave of the court. Since no responsive pleading has yet been served in this case, plaintiff may amend his complaint once as a

matter of course. Thus, plaintiff's motions to amend the complaint to substitute names are **DENIED** as moot. However, the amended complaint attached to plaintiff's second motion to amend (Docket # 10), combined with the exhibits attached to plaintiff's original complaint (Docket # 1, Exhibits), shall be considered as the amended complaint, and the Clerk of the Court is directed to mark it as such.[1]

## II. Motions for Order Directing the Clerk of the Court to Make Copies

Plaintiff also filed two motions for an order directing the Clerk of the Court to make copies of the complaint and amended complaint, respectively, to be served on each of the defendants. Plaintiff explains that the person in charge of making copies at Wyatt has refused to make copies for him, stating that she is only required to make legal copies in criminal cases.[2] Although, pursuant to 28 U.S.C. § 1915(c), a court may direct the United States to pay certain enumerated costs associated with court actions in which plaintiff is proceeding *in forma pauperis*, making copies of the complaint is not included in the list. Rather it is the responsibility of the plaintiff to provide copies of the complaint. *See* Fed.R.Civ.P. 4(c)(1)("the plaintiff is responsible for having the summons and complaint served ... and must furnish the necessary copies to the person who makes service"). Accordingly, plaintiff's motions for an order directing the Clerk of the Court to make copies is hereby **DENIED**.

---

[1]In the caption of the amended complaint, plaintiff lists the seven original named defendants plus two newly named defendants, while in the "Defendants" section of the amended complaint, he lists only the twelve newly named defendants. The amended complaint will be construed to name all nineteen individuals as defendants in this case.

[2]Without determining the truth of plaintiff's statement, the Court notes that the prison is responsible for making photocopies of plaintiff's amended complaint even though this is a civil case. The United States Supreme Court has recognized a prisoner's First Amendment right to access to the courts in civil cases. *Lewis v. Casey*, 518 U.S. 343, 116 S.Ct. 2174, 135 L.Ed.2d 606 (1996); *Bounds v. Smith*, 430 U.S. 817, 97 S. Ct. 1491, 52 L. Ed. 2d 72 (1977).

## III. Motion for Service By a United States Marshal

Plaintiff further moves the Court to direct a United States Marshal to serve the defendants in this case. Pursuant to Federal Rule 4(c), a court may order a United States Marshal to serve process on defendants in an action in which the plaintiff is proceeding *in forma pauperis* under 28 U.S.C. § 1915. Fed.R.Civ.P. 4(c)(2). As plaintiff has been authorized to proceed *in forma pauperis* in this case, plaintiff's motion for a Court order directing a United States Marshal to serve the defendants is hereby **GRANTED**.

Plaintiff is directed to provide the United States Marshal Service with the names and addresses of the defendants to be served along with a summons and copy of the amended complaint (including exhibits thereto) to be served on each defendant.

IT IS SO ORDERED.

Jacob Hagopian
Senior United States Magistrate Judge
September 9, 2008