UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND


Bristout Bourguignon,
        Plaintiff

v.                                          C.A. No. 08-226S

Wayne T. Salisbury, et al.,
        Defendant


<u>ORDER</u>


No objection having been filed, the Report and Recommendation

of United States Senior Magistrate Judge Jacob Hagopian filed on

January 22, 2009 in the above-captioned matter is accepted

pursuant to Title 28 United States Code § 636(b)(1).No objection

having been filed, Plaintiff's Motion for Default Judgment is

DENIED and Plaintiff's Motion for Relief is DENIED

                        By Order,

                        _____
                        Deputy Clerk

ENTER:


_____
William E. Smith
United States District Judge

Date: 2|26|09


UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND